IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Baker's initial appearance on the petition for offender under supervision (filing 98) is set for Wednesday, March 26, 2008 at 1:00 p.m. before the undersigned in Lincoln.

March 10, 2008.               BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                United States District Judge