IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that Defendant Baker's initial appearance on petition for offender under supervision is rescheduled to **2:00 p.m.** on Wednesday, March 26, 2008, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

     March 14, 2008.            BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge