IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel and upon motion of the Assistant Federal Public Defender assigned to this case,

IT IS ORDERED that:

(1) The initial appearance on the petition is continued indefinitely.

(2) A telephonic status conference between counsel, the undersigned and the Probation Officer will be held on Friday, June 27, 2008, at 1:15 p.m. My chambers will coordinate the telephone conference.

(3) The hearing scheduled for Tuesday, June 3, 2008, is canceled.

May 21, 2008.                                BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge