IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ROBERT BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of defense counsel, and with the agreement of government's counsel,

IT IS ORDERED that the status telephone conference is rescheduled to Thursday, July 17, 2008, at 1:00 p.m. with counsel for the government, counsel for the defendant, Probation Officer Travis Wilcoxen, and the undersigned. The undersigned's judicial assistant will coordinate the call.

June 13, 2008.                                BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge