IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with the Probation Officer and counsel,

IT IS ORDERED that adjudication and disposition of the petition (filing 98) and the amended petition (filing 107), with disposition (sentencing) to follow, will be held on Thursday, December 18, 2008, at 12:00 noon. The United States Marshal's Service shall obtain the presence of the defendant for that hearing.

November 18, 2008.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge