IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:98CR3070 |
| ) | |
| ROBERT BAKER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue Revocation Hearing, filing 118, now set for December 12, 2008, at 12:00 noon until a date certain during the week of January 5 or January 12, 2009. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 9th day of January, 2009, at 10:00 a.m. The defendant is ordered to appear at such time.

December 15, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge